|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID M. BAGLEY,              )
           Plaintiff,     )     Case No. 2:13-cv-01119-JCM-CWH
                           )
vs.                           )     **ORDER**
                           )
ROBERT M. BEVILLE, *et al.*,  )
           Defendants.    )
_____)

    This matter is before the Court on Ambrish S. Sidhu's Response to the Order to Show Cause (#79) and Notice of Counsel Certifying Review (#80), both filed on January 29, 2014.  On January 17, 2014, the Court issued an Order granting with modifications the parties' Joint Unopposed Motion to Modify the Discovery Plan and Scheduling Order (#66).  *See* Order #67.  In doing so, the Court noted that the parties failed to comply with Local Rule ("LR") 26-4.  Accordingly, the Court ordered all counsel of record, including Ambrush S. Sidhu, to submit a notice to the court by January 27, 2014 certifying that they have reviewed the corrections listed in the order in addition to LR 26-1 and LR 26-4.  Ambrush S. Sidhu failed to comply with the Court's Order.  Accordingly, the Court issued an Order to Show Cause why Ambrush S. Sidhu should not be sanctioned.

    After careful review of the response brief and certification that Ambrush S. Sidhu has reviewed the corrections, LR 26-1, and LR 26-4, the Court finds that no sanctions are warranted at this time.  Ambrush S. Sidhu explained that he believed his co-counsel's signature was sufficient to bind him.  Additionally, he promptly responded to the Court's Order to Show Cause and submitted a certification.

    Based on the foregoing and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that sanctions, including monetary sanctions and a

recommendation for civil contempt, shall not be imposed on Ambrush S. Sidhu for his failure to comply with a court order in violation of Federal Rule of Civil Procedure 16(f) and Local Rule IA 4-1.

DATED this 30th day of January, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**