EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DESERT CAPITAL REIT, INC.,<br><br>Debtor. | Case No.: BK-S-11-16624-LBR<br>Chapter 11 (Involuntary) |
| DAVID M. BAGLEY, in his capacity as Trustee of DCR Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. BEVILLE, G. STEVEN DAWSON, JAMES L. GEORGE, BRYAN L. GOOLSBY, THOMAS L. GUSTAFSON, TODD B. PARRIOTT, and CHARLES W. WOLCOTT,<br><br>Defendants. | District Court Case No.<br>2:13-CV-01119-JCM-CWH<br><br><br><br><br>Adversary Proceeding<br>Case No. 13-01083-lbr |

### ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

The Court, having reviewed the Joint Motion for Partial Dismissal with Prejudice ("Joint Motion") filed by David M. Bagley, in his capacity as Trustee of DCR Liquidating Trust, (the "Trustee") and Defendant Bryan L. Goolsby, is of the opinion that the Joint Motion should be GRANTED as follows:

IT IS ORDERED that the Trustee's claims for aiding and abetting breaches of fiduciary duty against Goolsby, previously dismissed without prejudice by Order dated December 26, 2013 [Dkt. No. 32], are hereby dismissed with prejudice.

Goolsby and the Trustee shall bear their respective court costs, attorneys' fees, and expenses associated with such claims.

*[signature: James C. Mahan]*
United States District Judge

Dated: April 14, 2014

AGREED:

| | |
|---|---|
| TAYLOR ENGLISH DUMA LLP | CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. |
| */s/ William G. Leonard* | */s/ Bruce W. Collins* |
| WILLIAM G. LEONARD | BRUCE W. COLLINS |
| 1600 Parkwood Circle Suite 400 | KELLI M. HINSON |
| Atlanta, GA  30339 | D. LANCE CURRIE |
| | 901 Main Street, Suite 5500 |
| and | Dallas, TX  75202 |
| SIDHU LAW FIRM | and |
| AMBRISH S. SIDHU (Nev. #7156) | KEMP, JONES & COULTHARD, LLP |
| 810 S. Casino Center Blvd., Suite 104 | CAROL L. HARRIS (Nev. #10069) |
| Las Vegas, NV  89101 | Wells Fargo Tower |
| | 3800 Howard Hughes Parkway |
| *Attorneys for Desert Capital REIT, Inc.* | Seventeenth Floor |
| | Las Vegas, Nevada  89169 |
| | *Attorneys for Bryan Goolsby* |